```
1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ALFONSO ESCOTO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00073 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS CONFERENCE AND** |
|  | ) | **[PROPOSED] ORDER** |
| ALFONSO ESCOTO, | ) |  |
| Defendant. | ) |  |

Defendant Alfonso Escoto, by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Laura Durity, hereby stipulate and agree to request that the Court continue the hearing currently set for Wednesday, March 25, 2009 in the above captioned matter to Wednesday, April 1, 2009 at 9:00 a.m.  The continuance is necessary due to the unavailability of counsel for Mr. Escoto.

The parties further agree and stipulate that time should be excluded from and including March 25, 2009 through and including April 1, 2009, to provide counsel reasonable time to prepare and for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting

///

///

1  the requested exclusion of time will serve the interest of justice and outweigh the interest of the
2  public and defendant in a speedy trial.

3

4  Dated: 3/24/09                              _____/s/_____
                                                NICHOLAS P. HUMY
5                                               Assistant Federal Public Defender

6
   Dated: 3/24/09                              _____/s/_____
7                                               LAURA DURITY
                                                Assistant United States Attorney
8

9                                        **ORDER**

10         The parties have requested a continuance of the status hearing set for March 25, 2009 due
11  to the unavailability of defense counsel.
12         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
13  presently set for Wednesday, March 25, 2009 at 9:00 a.m. be continued to April 1, 2009 at
14  9:00 a.m.
15         IT IS FURTHER ORDERED, that time should be excluded from and including March
16  25, 2009 through and including April 1, 2009, to provide counsel reasonable time to prepare and
17  for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and
18  (B)(iv).
19         IT IS SO ORDERED.
20  Dated:  3/25/09
                                                _____
21                                              JEREMY FOGEL
                                                United States District Judge
22

23

24

25

26

ORDER CONTINUING HEARING
No. CR 09-00073 JF                              2